UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:

Atlantic Van Service
_____
Debtor(s)

Case No. 82-00034

**AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED DIVIDEND**

State of: Florida  }
County of: Lee  }

Kenneth Mascari, Barbara Mascari \being duly sworn, deposes and says:
*(Name of Creditor/Claimant)*

That he/she is a creditor of the above named debtor.

That Atlantic Van Service was duly adjudged a debtor in the
*(Name of Debtor)*
United States Bankruptcy Court for the Northern District of Florida. That said creditor duly filed his/her claim, which was thereafter duly allowed. Dividends amounting to the sum of
$ 2204.07 remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of deponent.

It is therefore requested that the Clerk of this Court pay to:

Kenneth + Barbara Mascari _____ of
*(Name of creditor/claimant)*
1866 Ardsley Way, Sanibel Fl 33957 _____ the sum of
*(Address of creditor/claimant)*

$ 2204.07 . Dated this 7 day of _____, 20 08.

_____
*(Signature of Creditor/Claimant)*

_____
*(Tax identification number of creditor/claimant)*

Sworn to and subscribed before me this
9TH day of December, 2008 by
Barbara + Kenneth Mascari
*(Name of claimant)*
who is personally known to me or has produced
Known as identification.
*(Type of identification produced)*

_____
Notary Public

RICHARD P. MC CURRY
Notary Public, State of Florida
Commission# DD 509103
My commission expires Jan. 22, 2010

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:

Atlantic Van Service
Debtor(s)

Case No. 82-00034

## AFFIDAVIT OF CLAIMANT

State of Florida }
County of Lee }

I (we), Kenneth + Barbara Mascari, the undersigned claimant(s) declare as follows:

1. I am seeking funds deposited in the registry of the court in the amount of $2,204.07.

2. I am the individual claimant named in the Notice of Payment of Funds to the Registry.

3. I have neither previously received remittance of these funds nor have contracted with any other party to recover these funds.

4. I have provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 12-9-08

X Barbara Mascari
Signature of claimant

X Kenneth Mascari
Signature of claimant

Kenneth Mascari, Barbara Mascari
Print name(s)

1866 Ardsley Way
Address

Sanibel Fl. 33957

Tax I.D. Number(s)

Sworn to and subscribed before me this 9th day of December, 2008 by
Barbara + Kenneth Mascari
(Name of claimant)
who is personally known to me or has produced
Known as identification.
(Type of identification produced)

Richard P. McCurry
Notary Public

RICHARD P. MC CURRY
Notary Public, State of Florida
Commission# DD 509103
Expires Jan. 22, 2010

Please sign + date form + get notarized
* Mail in large, brown envelope.

# CERTIFICATE OF SERVICE

I, _Kenneth Mascari_, hereby certify that on _10-16-2008_, I
[name]                                          [date]

served copies of _Affadavit for reimbursement of Unclaimed funds_
                 [name of document]

on the following parties by way of _U.S. mail_ :
                                    [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

United States Attorney
111 N. Adams., 4th fl.
Tallahassee, Fl. 32301

Please sign + date

*Mail in large, brown
  envelope.

_10-16-2008_               _[signature]_
Date                        Signature

U.S. Court of Appeals for the First Circuit                    (Rev 10/03)